## IN RE MEEKER.

No. 704.   Decided January 9, 1967.

Appellant *pro se*.

*Ross L. Malone* for the Board of Bar Commissioners of the New Mexico State Bar, appellee.

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.   The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.

## GARCIA ET AL. *v.* MORALES.

No. 735.   Decided January 9, 1967.

*Edward B. Meredith* for appellants.

*Arthur J. Sills*, Attorney General of New Jersey, *Alan B. Handler*, First Assistant Attorney General, and *Richard Newman*, Deputy Attorney General, for intervenor-appellee, State of New Jersey, Unsatisfied Claim and Judgment Fund.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.